# United States District Court, Eastern District of Washington Magistrate
## Judge James A. Goeke
### Spokane

**USA v. TYLER KEITH ANDREWS**  Case No.  2:22-CR-0057-TOR-2
aka Tyler Keith Penix

**Initial Appearance and Arraignment on Superseding Indictment:**   02/23/2023

| | | | |
|---|---|---|---|
| ☒ | Lee Reams, Courtroom Deputy | ☒ | Tyler Tornabene, US Atty |
| ☒ | Patrick J. Dennis, US Probation / Pretrial Services Officer | ☒ | Andrew Wagley, Defense Atty |
| ☒ | Defendant present ☒ out of custody | ☒ | Interpreter **NOT REQUIRED** |
| | | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☐ | USA Motion for Detention | ☒ | Rights given |
| ☒ | USA not seeking detention | ☒ | Acknowledgment of Rights filed |
| ☒ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of Superseding Indictment |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of Superseding Indictment |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☒ | Superseding Indictment reviewed in open court |
| ☐ | PRE-Trial Services Report ordered | ☐ | POST Pre-Trial Services Report ordered |
| | | ☒ | AO199c Advice of Penalties & Sanctions filed |

## REMARKS

Defendant appeared, out of custody, with counsel and acknowledged to the Court that his legal name is TYLER KEITH PENIX. The Court directed the Government to take notice of Defendant's legal name.

Defendant was advised of his rights and the allegations contained in the Superseding Indictment.

"Not guilty" plea entered.

Government is not seeking detention.

Court conducted colloquy with Defense and Defendant regarding Defendant's financial standing.

Court was in recess from 2:51 p.m.; reconvened 3:04 p.m.

Defense amended the Financial Affidavit and accordingly, counsel from the CJA Panel, Andrew Wagley, was appointed to represent Defendant.

Digital Recording/S-740   Time: 2:27 p.m. – 2:51 p.m. and 3:04 p.m. – 3:09 p.m.   Page 1

**The Court ordered:**
1. Discovery to be provided according to Local Rules on discovery.
2. Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.
3. Conditions of release imposed upon Defendant which were read to him in Court. Order forthcoming.

Defendant to be released under the following conditions:

- Commit no new violation of state, local or federal law, to include no marijuana
- Report any contact with law enforcement to Pretrial Services within 1 business day and may not work for United States government or any federal or state law enforcement agency without first notifying your supervising Pretrial Services officer
- Advise Pretrial Services, the Court, and attorney, in writing, prior to any change in residence or phone number
- Appear for all future hearings and surrender for sentence if sentence of imprisonment is imposed
- Sign 199C
- No possession of firearm, dangerous weapon, or other destructive device
- Report to Pretrial Services in whatever frequency/manner they direct
- May not possess, ship or transport in interstate or foreign commerce any firearm, or ammunition
- No use or possession of narcotic drugs or other controlled substances, unless have valid prescription, to include no marijuana
- Surrender passport and/or enhanced driver's license and may not apply for new one during pendency of case
- Reside in the State of Arkansas while case is pending unless receive permission in advance to travel outside of district
- Avoid all contact, direct or indirect, with any witness or victim in case, to include codefendants
- Disclose any and all personal financial information and business records, to include execution of a Release of Financial Information form, as requested by the U.S. Probation Office.
- Not make any loan or enter into any new credit arrangement, without first consulting with the U.S. Probation Office.
- Not engage in any form of employment which would allow access to financial information, to include the following, personal identifiers, credit accounts, bank accounts of any individual, business, or other entity.

**Detention Hearing:**
*NA; USA not seeking detention.*