PS 8
(3/15)

Case 2:22-cr-00057-TOR   ECF No. 76   filed 03/27/23   PageID.308   Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.   Andrews, Tyler Keith   Docket No.   0980 2:22CR00057-TOR-2

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Linda J. Leavitt , PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Tyler Keith Andrews, who was placed under pretrial release supervision by the Honorable James A. Goeke, sitting in the Court at Spokane, Washington, on the 23rd day of February 2023, under the following conditions:

**Standard Condition #10:**  Defendant shall surrender any passport and enhanced driver's license to Pretrial Services and shall not apply for replacements and any travel documents and/or passport for any country.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On March 13, 2023, the supervising U.S. probation officer in the Western District of Arkansas, reviewed the conditions of pretrial release supervision with Mr. Andrews.  Mr. Andrews acknowledged an understanding of the conditions at that time.

**Violation #1:**  It is alleged that Mr. Andrews has violated the conditions of his pretrial release by applying for a United States passport on or about March 24, 2023, under an alleged false name and using false statements in order to leave the country and travel to Greece.

Specifically, on February 9, 2023, Mr. Andrews made an initial appearance in the Northern District of Oklahoma. At that time, he was released on conditions of pretrial release pending his initial appearance in the Eastern District of Washington. On February 23, 2023, Mr. Andrews appeared before Your Honor for an initial appearance and arraignment based on a superseding indictment.  Mr. Andrews was ordered continued pretrial release under standard and special conditions (ECF 61).

On March 27, 2023, this officer was contacted via email by the assigned assistant United States attorney (AUSA)  advising he received information from the assigned special case agents and from the Office of Inspector General that Mr. Andrews is attempting to obtain a passport under a different name and using false statements.  Further, the AUSA advised Mr. Andrews has booked a one way international flight to Greece for March 31, 2023. Within the email, the special case agent was included.

On March 27, 2023, this officer made email contact with the special case agent requesting  further information pertaining to the above-noted allegation. Per the special case agent: "On March 24, 2023, Mr. Andrews applied for an emergency passport at the Passport Agency in Arkansas under his birth name, Kristopher Kalfas. His legal name is Keith Andrews, which was legally changed back in 2010, I believe.  On that application (DS-11), he made false statements that said he never had a passport before and had never gone by any other names. Along with the application, he submitted a paid travel ticket on Lufthansa to Greece departing on March 31, 2023. The passport agency believes it is a one-way ticket."

PRAYING THAT THE COURT WILL ORDER A WARRANT

PS-8

**Re: Andrews, Tyler Keith**
**March 27, 2023**
**Page 2**

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:     March 27, 2023 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other



Signature of Judicial Officer

March 27, 2023

Date